# LAWRENCE J. LOHEIT, CHAPTER 13 TRUSTEE
# §341 MEETING OF CREDITORS REPORT

FILED
October 30, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002190535

10/29/2009
1:30:00PM

---

09-40321-D-13L    100.00%    Debtor 1 | Debtor 2 | Atty

**HUMMEL, LINDA LOU**    ☐ DSO CASE

TRACK _14_

Attorney:
STEVEN A ALPERT ESQ

|   | Debtor 1 | Debtor 2 | Atty |
|---|---|---|---|
| Appeared Prior | ☐ | ☐ | ☐ |
| Failed to Appear | ☐ | ☐ | ☒ |
| Appeared | ☒ | ☐ | ☒ |
| Sworn | ☒ | ☐ | |
| Photo ID | ☒ | ☐ | |
| SS# ID | ☒ | ☐ | |
| Examined | ☒ | ☐ | |

LJL ___ /NLE _X_ /OTHER___

Creditor(s) Appeared: _None_

☒ 341 Concluded  ☐ No OTC  ☐ As Amended  ☐ Refer for:  ☐ MTD  ☐ OTC  ☐ OT Exemptions
☒ No OTC ALA: _UTD_
☐ MTC Needed & No Obj
☐ MTC Needed & No Obj ALA _____
☐ 341 Cont to: _____ @ _____  ☐ SSN/ID  ☐ Technical Cont: _____
341 Cont to: ☐ Sacramento, Rm 7A;  ☐ Redding, Rm 200;  ☐ Other _____

---

## ISSUES THAT NEED TO BE RESOLVED

☐ Failed to appear
☐ No or inadequate SS#/ / ID
☐ Delinquent
　☐ plan payments
　☐ 3rd party/other
_____

☐ Paystubs
☐ Tax Return
☐ DSO WKS
☐ Case Dism 109g
☐ Other

☐ Exceeds 60 mos
☐ No Proof of Adeq Prot Pmts
☐ No Proof of Class 1 Pmts
☐ MTV/MTAL Problem
☐ Fails liquidation
☐ Exceeds debt limits
☐ Not Feasible/Tight Budget

☐ Not Best Effort/Good Faith
_____
☐ Fixed Payment Issue

☐ Other

☐ No spousal waiver
_____
☐ Homestead issue
_____
☐ Property descr. inadeq.
☐ Over-exempt cars

☐ Over-exempt
_____
☐ Incorrect exemptions
_____
☐ Other

---

**341 NOTES** _____